IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 01-00121HG |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| ROSA HERNANDEZ and | ) | |
| RAMON ALFREDO PEREZ, | ) | |
| | ) | |
| Defendants. | ) | |

I, THOMAS C. MUEHLECK, ESQ., Assistant U.S. Attorney, acknowledge receipt of Government's Exhibit 1 through 7, admitted in evidence Motion to Suppress hearing on September 15, 2000.

DATED:   Honolulu, Hawaii, _____8/30/06_____.


_____
                              Signature