IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 01-00121HG |
| | ) | |
| Plaintiff, | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| vs. | ) | |
| | ) | |
| ORFELINA GUINARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, LESLIE E. OSBORNE, JR.,, ESQ., Assistant U.S. Attorney, acknowledge receipt of Government's Exhibit 1, admitted in evidence on April 12, 2002 at the hearing on Motion to Suppress.

DATED:   Honolulu, Hawaii, _____8/30/06_____.


_____
                Signature